United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| The Johns Law Firm, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Case No. 4:22-cv-01877 |
| | § | |
| v. | § | Consolidated with: |
| | § | No. 4:22-cv-01441 |
| Angela Pawlik, | § | No. 4:22-cv-03458 |
| | § | No. 4:22-cv-04016 |
| *Defendant.* | § | |

## MEMORANDUM AND RECOMMENDATION

On this date, the Court held a hearing to address Defendant Angela Pawlik's motion for partial summary judgment, Dkt. 31, which motion was later amended (and thus mooted) pursuant to the Court's request, Dkt. 37 (order); Dkt. 42 (amended motion for partial summary judgment). As stated on the record, Defendant's arguments were framed as requests for relief on a declaratory judgment counterclaim. But because the Court has now dismissed Defendant's counterclaims, the relief she seeks is moot. *See* Dkt. 51 (adopting memorandum and recommendation to dismiss Defendant's counterclaims).

On the other hand, some of Defendant's contentions challenge the merits of Plaintiff The Johns Law Firm, LLC's live claim for breach of contract. The deadline for dispositive motions is approaching quickly, *see* Dkt. 12 (setting September 22, 2023 deadline for motions), and the parties have indicated their

intent to file yet more motions for summary judgment.  Thus, the better and more efficient course is to permit Defendant to refile a single, complete motion for summary judgment that addresses all the evidence acquired during discovery and all issues that Defendant wishes to raise.[1]  Defendant's motion and amended motion for partial summary judgment should therefore be denied with prejudice.

## <u>Order and Recommendation</u>

For the foregoing reasons, it is hereby **ORDERED** that Plaintiff The Johns Law Firm LLC's Supplemental Response to Motion for Partial Summary Judgment (Dkt. 53) and Defendant Angela Pawlik's Supplemental Brief in Support of Summary Judgment (Dkt. 54) are **STRICKEN FROM THE RECORD** as filed without leave of Court.

It is further **RECOMMENDED** Defendant's motion for partial summary judgment (Dkt. 31) be **DENIED AS MOOT** and her amended motion for partial summary judgment (Dkt. 42) be **DENIED** without prejudice to refiling.

**The parties have fourteen days from service of this Report and Recommendation to file written objections.  28 U.S.C. § 636(b)(1); Fed.**

---

[1] In fact, both parties attempted to proffer additional evidence and new arguments by submitting supplements to their prior briefing long after the briefing on the motion for partial summary judgment had closed.  *See* Dkt. 53, 54.  Those documents, filed without leave of Court, are hereby stricken from the record.

R. Civ. P. 72(b).   Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error.  *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015).

Signed on August 28, 2023, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge

3