United States District Court
Southern District of Texas
**ENTERED**
September 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE JOHNS LAW FIRM, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01877 |
| | § | |
| ANGELA PAWLIK, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on August 28, 2023. Doc. #55. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant's Motion for Partial Summary Judgment (Doc. #31) is DENIED AS MOOT, and her Amended Motion for Partial Summary Judgment (Doc. #42) is DENIED without prejudice to refiling.

It is so ORDERED.

SEP 1 3 2023

Date

The Honorable Alfred H. Bennett
United States District Judge