United States District Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE JOHNS LAW FIRM, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:22-CV-01877 |
| ANGELA PAWLIK, | | |
| Defendant. | | |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on January 12, 2024 (Doc. #67) and Defendant Angela Pawlik's Objections (Doc. #68). The Magistrate Judge's findings and conclusions are reviewed de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Notably, the Court finds that the Memorandum and Recommendation correctly concluded that there are no genuine disputes of material fact regarding Plaintiff the Johns Law Firm, LLC's breach of contract claim or any of Defendant's defenses. Moreover, the Court determines that the Memorandum and Recommendation correctly applied the summary judgment standard, in accordance with Rule 56(a) of the Federal Rules of Civil Procedure and the relevant case law.

Accordingly, Plaintiff the John Law Firm, LLC's Motion for Summary Judgment (Doc. #58) is GRANTED as to its breach of contract claim and DENIED AS MOOT regarding its quantum meruit claim, which was asserted only as an alternative basis for recovery. Further, Defendant Angela Pawlik's Motion for Summary Judgment (Doc. #57) is DENIED. The Court

will enter a final judgment concurrent with this Order.

It is so ORDERED.

MAR 0 5 2024
Date

The Honorable Alfred H. Bennett
United States District Judge

2